Signed: May 15, 2015
SO ORDERED
The hearing is scheduled for May 18, 2015, at 10:00 a.m. The debtor must serve the secured creditors by email, facsimile, or overnight mail with the motion and with this order. A certificate of service must be filed by May 16, 2015.



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   15–15578 – TJC   Chapter:   13

Kenneth A Pels
5711 Balson Grove Court – Unit 73
Rockville, MD 20852

Catherine A Pels
5711 Balson Grove Court – Unit 73
Rockville, MD 20852

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 3–E.

cc:   Debtor(s)
Attorney for Debtor(s) – Tommy Andrews Jr.
Chapter 13 Trustee – Nancy Spencer Grigsby
U.S. Trustee
All Creditors

**End of Order**

37.4 – *vharper*