

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **In Re:** | |
|     Kenneth Pels | Case No. 15-15578-TC |
|     Catherine Pels | Chapter 13 |
|         Debtors | |
| | |
|     Kenneth Pels | |
|     Catherine Pels | |
|         Movants | |
| | |
| v. | |
| | |
|     Bank of America, N.A. | |
|         Respondent | |

## ORDER GRANTING
## MOTION TO AVOID LIEN

    Having considered debtor(s) Motion to Avoid Lien, and any response thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of Johnson vs. Asset Management Group, LLC, 226 B.R. 364 (D. MD 1998), and First Mariner Bank v. Johnson, 411 B.R. 221 (D. Md. 2009), it is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the motion is GRANTED; and it is further

**ORDERED,** that the claim of Respondent be and hereby is deemed wholly unsecured; and it is further

**ORDERED,** that at such time as a Discharge Order is entered pursuant to 11 U.S.C. §1328 in this case, the lien held in favor of Respondent on Debtor's real property described as 703 South Center Court , Bethany Beach, DE  19930, is avoided; and it is further

**ORDERED,** that if the Respondent has filed a proof of claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purposes of distributions under the Debtor's plan; and it is further

**ORDERED,** that if the Respondent has not filed a proof of claim, the claim of the Respondent be and hereby is allowed as a general unsecured claim for purposes of distributions under the Debtor's plan if a proof of claim is filed on or before the later of (i) the claims bar date previously fixed by this Court, or (ii) twenty-eight (28) days after entry of this Order; and it is further

**ORDERED,** that allowance of the claim of the Respondent as an unsecured claim pursuant to this Order is without prejudice to objection to such claim on other grounds; and it is further

**ORDERED,** that Respondent shall record a release of its lien in the appropriate office of land records upon notice of the Debtor's discharge from Chapter 13.

Copies to:

Nancy Spencer Grigsby - Chapter 13 Trustee
Debtors
Debtor's counsel

Bank of America, N.A
C/o Brian T. Moynihan, President/CEO
100 N. Tryon St.
Charlotte, NC   28255

McCabe, Weisberg & Conway, LLC
Michael Cantrell, Esq.
312 Marshall Ave., Suite 800
Laurel, MD   20707

**END OF ORDER**