

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| **In Re:** | * | |
|     Kenneth Pels | * | Case No. 15-15578-TC |
|     Catherine Pels | * | Chapter 13 |
|         Debtors | * | |
| | * | |
| *   *   *   *   *   *   *   *   * | | |
|     Kenneth Pels | * | |
|     Catherine Pels | * | |
|         Movants | * | |
| | * | |
| v. | * | |
| | * | |
|     Bank of America, N.A. | * | |
|         Respondent | * | |
| | * | |
| *   *   *   *   *   *   *   *   * | | |

**CONSENT ORDER GRANTING
MOTION TO DETERMINE SECURED STATUS OF CLAIM
AND TO MODIFY RATE OF INTEREST OF LIEN**

Having considered debtor(s) Motion to Determine Secured Status of Claim and to Modify Rate of Interest of Lien, and the agreement of the parties involved, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of <u>Johnson vs. Asset Management Group, LLC</u>, 226 B.R. 364 (D. MD 1998), and <u>First Mariner Bank v. Johnson</u>, 411 B.R. 221 (D. Md. 2009), it is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the motion is GRANTED; and it is further

**ORDERED,** that the value of the property is to be set at $300,000.00; and it is further

**ORDERED,** that the claim held by Respondent pursuant to the first Deed of Trust recorded in the Office of the Recorder of Deeds for Sussex County, Delaware against the debtors' real property and improvements located at 703 South Center Court , Bethany Beach, DE  19930 is secured only to the extent of $300,000.00, to be paid at 5.25% interest (which includes property taxes and mortgage insurance) through equal monthly amounts by the Chapter 13 Trustee under the 60-month plan; and it is further

**ORDERED**, that the balance of the debt owed to Respondent shall be a general unsecured claim to be paid pro rata with other allowed general unsecured claims to the extent it exceeds the determined value of $300,000.00; and it is further

**ORDERED**, that allowance of the claim of the Respondent as an unsecured claim pursuant to this Order is without prejudice to objection to such claim on other grounds; and it is further

**ORDERED**, that upon entry of a discharge pursuant to 11 U.S.C. §1328, the Defendant avoid and release the lien of record held by the Defendant and execute any document necessary to release such lien.against the debtor's real property and improvements known as 703 South Center Court , Bethany Beach, DE  19930, and more particularly described as:

> All that certain lot, piece or parcel of land situate, lying and being in Baltimore Hundred, Sussex County, and State of Delaware, being known and designated as LOT NO. 19 BLOCK 18, SECTION THREE (3) of Bethany West, Bethany Beach, Sussex County, Delaware, as shown on a Plot of Bethany West, Section 3, which is Filed for record in the Office of the Recorder of Deeds, in and for Sussex County at Georgetown, Delaware, in Plot Book No.8 page 99

**ORDERED**, that this Order shall supersede any previously or subsequently filed Proof of Claim by the Respondent.

3

SEEN AND CONSENTED TO:

/s/ Kyle J. Moulding                              /s/ Tommy Andrews, Jr.
Kyle J. Moulding, Esq.                            Tommy Andrews Jr., Esq.
Attorney for Bank of America, N.A.                122 North Alfred Street
                                                  Alexandria, VA 22314
                                                  703-838-9004
                                                  Attorney for Debtor

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

                                                  /s/ Tommy Andrews, Jr.
                                                  Tommy Andrews, Jr., Esq.


Copies to:

Nancy Spencer Grigsby - Chapter 13 Trustee
Debtors
Debtors' counsel

McCabe, Weisberg & Conway, LLC
Kyle J. Moulding, Esq.
312 Marshall Ave., Suite 800
Laurel, MD  20707


**END OF ORDER**