

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

**KENNETH A PELS**  Case No. **15-15578-TJC**
**CATHERINE A PELS**  Chapter 13

      Debtors

### ORDER MODIFYING CHAPTER 13 PLAN

      The requested modification to the confirmed plan of the Debtors having been read and considered, notice and hearing having been provided by the Court, the requirements of Section 1322 (a), 1322 (b), 1322 (c), and 1325 (a) of the U.S. Bankruptcy Code having been met, it is

      **ORDERED**, that the modification request of the Debtors is hereby approved so as to pay to the Trustee the sum of $5,538.88 per month for thirty-six (36) months; then $7,900.00 per month for twenty-four (24) months on or before the 19th day of each month for a total period of sixty (60) months; and it is further

      **ORDERED**, that in addition to the regular monthly plan payments, the Debtors will make a lump sum payment of $44,900.00 in month 60; and it is further

      **ORDERED**, that the Debtors are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending.

cc:

KENNETH A PELS
CATHERINE A PELS
5711 BALSON GROVE CT
UNIT 73
ROCKVILLE, MD  20852
Debtors

TOMMY ANDREWS JR ESQ
122 NORTH ALFRED STREET
ALEXANDRIA, VA  22314
Attorney for Debtors

NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
Trustee

All Creditors and Parties of interest.

**END OF ORDER**