UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:

    KENNETH A PELS                            Case No.: 15-15578-TJC
    CATHERINE A PELS                        Chapter 13

                Debtors

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **TRUSTEES MOTION TO DISMISS AND NOTICE OF AN OPPORTUNITY FOR A HEARING**

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), states that the Debtors are in material default with respect to the terms of the plan as confirmed by the court and requests the Court to dismiss this Chapter 13 case, pursuant to 11 U.S.C. §1307(c)(1). In support of her request, the Trustee respectfully represents the following:

1. The Debtors are in material default with respect to the terms of the plan as confirmed by the Court on March 07, 2016 in that the payments by or for the Debtors have not been made as proposed.

2. The material default consists of approximately $39,499.68, representing 5.00 plan payments.

3. The Order confirming the Chapter 13 Plan provides that "the Debtors are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending."

4. According to the Trustee's records, the Debtors have not provided a copy of the 2016 and 2017 tax returns.

5. The material default totals $39,499.68, which consists of approximately 5.00 monthly plan payments totaling $39,499.68.

6. The failure of the Debtors to comply with the terms of the confirmation order has caused an unreasonable delay prejudicial to the creditors, requiring dismissal under 11 U.S.C. §1307(c)(1).

**WHEREFORE**, for reasons stated, the Trustee requests that this Court dismiss this case, and grant such other and further relief as is just and appropriate.

Date: March 07, 2019

/s/ **Nancy Spencer Grigsby**
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD  21401
Phone: (301) 805-4700
Fax: (301) 805-9577
NGRIGSBY@CH13MD.COM

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING TO THE DEBTORS AND THE DEBTORS' ATTORNEY OF RECORD**

You are notified of the filing of the foregoing Motion by the Trustee stating that the subject case be dismissed pursuant to 11 U.S.C. §1307(c)(1).

You are further notified that unless a responsive pleading stating facts which controvert, justify or explain the Trustee's allegations is to be filed and a copy of said pleading be served upon the Trustee, on or before **March 28, 2019**, together with a request for a hearing thereon, this case may be dismissed on such date and the case may be closed.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Dismiss will be served electronically by the Court's CM/ECF system on the following:

Tommy Andrews   tandrews@andrewslaw.net, derek@andrewslaw.net;khill@andrewslaw.net
(Attorney)

    I hereby further certify that on the 7th day of March, 2019, a copy of the Motion to Dismiss was also mailed first class mail, postage prepaid to:

Kenneth A Pels
Catherine A Pels
5711 Balson Grove Ct
Unit 73
Rockville, MD  20852
*Debtors*

    /s/ **Nancy Spencer Grigsby**
    Chapter 13 Trustee
    185 Admiral Cochrane Dr.
    Suite 240
    Annapolis, MD  21401
    Phone: (301) 805-4700
    Fax: (301) 805-9577
    NGRIGSBY@CH13MD.COM

**RECEIPT HISTORY**                                                                                                   Case # 15-15578-TJC

| Receipt Date | Receipt Source | | Receipt Description | Receipt Amount |
|---|---|---|---|---|
| 06/01/2015 | 2162559000 | - | EPAY - Standard Payment | $1,000.00 |
| 06/23/2015 | 2215677000 | - | EPAY - Standard Payment | $2,500.00 |
| 07/21/2015 | 2281307000 | - | EPAY - Standard Payment | $2,500.00 |
| 08/21/2015 | 2352189000 | - | EPAY - Standard Payment | $2,500.00 |
| 09/21/2015 | 2424857000 | - | EPAY - Standard Payment | $7,050.00 |
| 10/20/2015 | 2495354000 | - | EPAY - Standard Payment | $7,050.00 |
| 11/23/2015 | 2573895000 | - | EPAY - Standard Payment | $7,050.00 |
| 12/21/2015 | 2641858000 | - | EPAY - Standard Payment | $7,050.00 |
| 01/22/2016 | 2719302000 | - | EPAY - Standard Payment | $7,050.00 |
| 01/26/2016 | 2719302000 | - | EPAY - NSF | $(7,050.00) |
| 01/28/2016 | 2730730000 | - | EPAY - Standard Payment | $7,050.00 |
| 02/22/2016 | 2797911000 | - | EPAY - Standard Payment | $7,050.00 |
| 03/23/2016 | 2877163000 | - | EPAY - Standard Payment | $7,050.00 |
| 05/12/2016 | 3006378000 | - | EPAY - Standard Payment | $7,050.00 |
| 05/25/2016 | 3036631000 | - | EPAY - Standard Payment | $7,050.00 |
| 06/28/2016 | 3120206000 | - | EPAY - Standard Payment | $7,050.00 |
| 07/25/2016 | 3186542000 | - | EPAY - Standard Payment | $7,050.00 |
| 08/31/2016 | 3282583000 | - | EPAY - Standard Payment | $7,050.00 |
| 09/28/2016 | 3353291000 | - | EPAY - Standard Payment | $7,050.00 |
| 10/25/2016 | 3422920000 | - | EPAY - Standard Payment | $7,050.00 |
| 11/30/2016 | 3514713000 | - | EPAY - Standard Payment | $7,050.00 |
| 01/05/2017 | 3610305000 | - | EPAY - Standard Payment | $7,050.00 |
| 02/09/2017 | 3701661000 | - | EPAY - Standard Payment | $7,050.00 |
| 04/06/2017 | 3861032000 | - | EPAY - Standard Payment | $7,050.00 |
| 05/05/2017 | 3942803000 | - | EPAY - Standard Payment | $7,050.00 |
| 06/13/2017 | 4040789000 | - | EPAY - Standard Payment | $7,050.00 |
| 07/24/2017 | 4146612000 | - | EPAY - Standard Payment | $7,900.00 |
| 08/11/2017 | 4198927000 | - | EPAY - Standard Payment | $7,900.00 |
| 09/22/2017 | 4302977000 | - | EPAY - Standard Payment | $7,900.00 |
| 10/27/2017 | 4393139000 | - | EPAY - Standard Payment | $7,900.00 |
| 12/18/2017 | 4521342000 | - | EPAY - Standard Payment | $7,900.00 |
| 02/27/2018 | 4703164000 | | EPAY - Standard Payment | $2,500.00 |
| 05/07/2018 | 4894950000 | | EPAY - Standard Payment | $7,900.00 |
| 05/25/2018 | 4939628000 | | EPAY - Standard Payment | $7,900.00 |
| 07/05/2018 | 5048900000 | | EPAY - Standard Payment | $7,900.00 |
| 08/13/2018 | 5148589000 | | EPAY - Standard Payment | $7,900.00 |
| 09/28/2018 | 5266464000 | | EPAY - Standard Payment | $7,900.00 |
| 11/08/2018 | 5380679000 | | EPAY - Standard Payment | $7,900.00 |

**TOTAL RECEIPTS: $238,900.00**